MORGAN, LEWIS & BOCKIUS LLP
Max Fischer, Bar No. 226003
Jacqueline Dack, Bar No. 358780
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
max.fischer@morganlewis.com
jacqueline.dack@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Elizabeth Bright, Bar No. 280129
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Tel: +1.310.907.1000
Fax: +1.310.907.1001
elizabeth.bright@morganlewis.com

Attorneys for Defendant
UNITED WHOLESALE MORTGAGE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAD ROSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED WHOLESALE MORTGAGE, LLC and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No.: 8:26-cv-00378-MRA-KES<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER**<br><br>Complaint Filed: January 13, 2026 |

The Court, having considered the Stipulation and Protective Order submitted by Plaintiff Brad Rosa and Defendant United Wholesale Mortgage, LLC (the "Parties"), and finding good cause pursuant to Federal Rule of Civil Procedure 26(c), hereby ORDERS as follows:

1. The Parties' Stipulation and Protective Order is GRANTED and APPROVED.

2. The Court retains authority to modify this Order upon an appropriate showing.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Karen E. Scott
The Honorable Karen E. Scott